| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Little Washington Fabricators, Inc. | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | ☐ Check if this is an amended filing |
| Case number (if known): | 22-10695 | |

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BSM, Inc.<br>841A Kutztown Road<br>Myerstown, PA 17067 | | | | | | $61,254.53 |
| C&K Welding, LLC<br>4015 Bahn Ave<br>York, PA 17408 | | | | | | $31,480.00 |
| Certified Steel Co., Inc.<br>1333 Brunswick Pike, Suite 200<br>Lawrence Township, NJ 08648 | | | | | | $121,832.94 |
| Chester County Construction, LLC<br>165 Reeder Road<br>Honey Brook, PA 19344 | | | | | | $180,221.50 |
| CK Replacement Stalls<br>330 Millwood Road<br>Lancaster, PA 17603 | | | | | | $47,980.80 |
| DRM Associates, Inc.<br>4334 Hanover Pike<br>Manchester, MD 21102 | | | | | | $49,792.85 |
| DS Pipe & Steel Supply, LLC<br>1301 Wicomico Street<br>PO Box 6367<br>Baltimore, MD 21230-6367 | | | | | | $173,741.82 |

Debtor  **Little Washington Fabricators, Inc.**                                     Case number *(if known)*  **22-10695**
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| East Coast Steel Fab, LLC<br>PO Box 2193<br>Reading, PA 19608 | | | | | | $98,725.14 |
| Eshboro Construction, LLC<br>3734 East Newport Road<br>Gordonville, PA 17529 | | | | | | $1,541,220.42 |
| Greiner Industries, Inc.<br>1650 Steel Way<br>Mount Joy, PA 17552 | | | | | | $193,922.38 |
| Haydon Bolts, Inc.<br>1181 Unity Street<br>Philadelphia, PA 19124-3104 | | | | | | $27,831.43 |
| Line Mountain Fab, LLC<br>680 Hebe Bypass Road<br>Herndon, PA 17830 | | | | | | $52,650.00 |
| Metals USA<br>PO Box 827110<br>Philadelphia, PA 19182-7110 | | | | | | $246,594.66 |
| New Millennium Building Systems<br>PO Box 532097<br>Atlanta, GA 30353-2097 | | | | | | $117,044.14 |
| Pelet-Welding, Inc.<br>19 North 12th Ave<br>Coatesville, PA 19320 | | | | | | $59,158.07 |
| Rydberg Engineering Pvt. Ltd<br>Mrinal Smriti Apartment<br>Block A Ground Floor Kalyannagar<br>Near Kalayannagar Vidyapith, Khardah<br>Kolkata 700112 | | | | | | $30,500.00 |
| SEK Construction, LLC<br>1361 Briertown Road<br>East Earl, PA 17519 | | | | | | $193,800.00 |

| Debtor | Little Washington Fabricators, Inc. | | | Case number (if known) | 22-10695 | |
|---|---|---|---|---|---|---|
| Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sweeping Hollow Carpentry, LLC  529 Bellas Hollow Road  Danville, PA 17821 | | | | | | $31,890.00 |
| Triple-S Steel/Intsel Steel  Intsel Steel East, Inc.  PO Box 301212  Dallas, TX 75303-1212 | | | | | | $1,901,002.00 |
| Valmont Industries, Inc.  PO Box 101021  Atlanta, GA 30392 | | | | | | $33,156.31 |